UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANN JENKINS and ERNEST F. JENKINS, JR., | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * Civil Action No. 09-11728-JLT |
| | * |
| NETWORK SOLUTIONS, LLC, | * |
| | * |
| Defendant. | * |

ORDER

February 28, 2011

TAURO, J.

For the reasons set forth in the accompanying memorandum, Defendant's Motion to Dismiss the Amended Complaint [#15] is ALLOWED. This case is CLOSED.

IT IS SO ORDERED.

                                         /s/ Joseph L. Tauro
                                         United States District Judge